## SHOTT v. OHIO.

No. 877.   Decided May 13, 1963.

*Thurman Arnold, James G. Andrews, Jr.* and *John A. Lloyd, Jr.* for appellant.

*Harry C. Schoettmer* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.

## FLORA CONSTRUCTION CO. v. GRAND JUNCTION STEEL FABRICATING CO. ET AL.

No. 949.   Decided May 13, 1963.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.

The appeal is dismissed for want of a substantial federal question.